■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP J. BELOTE, JR., Appellant.—Judgments unanimously affirmed. Memorandum: The proof that defendant knowingly possessed stolen property was sufficient to support the jury's verdict. (Appeal from judgments of Chautauqua County Court, Adams, J.—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.